**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Prakhar Srivastav,

                Plaintiff,

v.

MSys, Inc.,

                Defendant.

Civil No. 11-3456 (RHK/JJK)

**ORDER OF DISMISSAL**

---

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. No. 4), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE**, on the merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  January 11, 2012

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge